EVERETT BONEY v. STATE.

193 So. 429
Division A
Opinion Filed January 19, 1940
Rehearing Denied February 13, 1940

*W. D. Bell,* for Plaintiff in Error;

*George Couper Gibbs,* Attorney General, and *Thomas J. Ellis,* Assistant Attorney General, for Defendant in Error.

PER CURIAM.—In this case plaintiff in error was convicted of the larceny of a domestic animal, to-wit, a three-legged, unmarked and unbranded, bull.

Plaintiff in error has presented six questions in brief and the case has been argued by his counsel before this Court.

After consideration of the record in the light of oral agrument on behalf of plaintiff in error and in behalf of the State, we find no reversible error reflected. Therefore, the judgment is affirmed.

So ordered.

Affirmed.

TERRELL, C. J., BUFORD and THOMAS, J. J., concur.

WHITFIELD, P. J., concurs in opinion and judgment.

Justices BROWN and CHAPMAN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.